UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: **MILES JENNINGS, JR.**     JOINT DEBTOR: **ROSLY JENNINGS** CASE NO. **10-12095-BKC-AJC**
Last four digits of SS No. 4694          Last four digits of SS No. 6207

**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

A. **$513.68** for months **1** to **60**, beginning **February 29, 2010**; in order to pay the following creditors:

**Administrative**: Attorney's Fees: $10,000.00; Paid Fees: $2,500.00; Balance Due: $7,500.00; payable $441.18/mo. (Mos. 1 to 17)
**Secured Creditors**: [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

**NONE**

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3

1. CITI AUT0 (Acct #2706379101) - The account with this creditor for the **2003 Cadillac Escalade** is current and shall be paid outside the Chapter 13 Plan.

**Priority Creditors**: [As defined in 11 U.S.C. Section 507]

1. **Internal Revenue Service** - TOTAL DUE; $1,000.00, Payable, $5.00/mo. (Mos. 1 to 17) and $21.28/mo. (Mos. 18 to 60)

**Unsecured Creditors**: Payable: $16.14/mo. (Mos. 1 to 17) & $441.04/mo. (Mos. 18 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date. The Debtor will modify the Chapter 13 Plan to increase the amounts to be paid in to provide for a 100% distribution to allowed unsecured claims.

**OTHER PROVISIONS**:AMERICAN HOME MORTGAGE (Acct #4001093386); BANK OF AMERICA (Acct #873705030, 071386933, 07138479); HOME EQUITY (Acct #704466, 8055201, 8025125); HOMEQ (Acct #324136993); KANDAUR CAPITAL CORP. (Acct #000118277); MIAMI-DADE TAX COLLECTOR - The accounts with these creditors will be treated outside the Chapter 13 Plan.

Dated: March 8, 2010

                                THE BANKRUPTCY RESOURCE CENTER
                                Attorneys for Debtor(s)
                                10 N.W. LeJeune Road, Suite 620
                                Miami, FL  33126-5431
                                (305) **443-4217**
                                Pleadings@bkclawmiami.com


                                By /s/_____
                                    Michael J. Brooks
                                    Florida Bar No. 434442

LF-31 (rev. 01/08/10)