UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 10-12095-AJC

Chapter 13

| | |
|---|---|
| IN RE: | : |
| | : |
| Miles C. Jennings, Jr. and | : |
| Roslyn D. Jennings | : |
| | : |
| Debtors. | : |
| _____ | : |

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING FOR
KONDAUR CAPITAL CORPORATION'S MOTION FOR
RELIEF FROM STAY AND ABANDONMENT**

I HEREBY CERTIFY that a true copy of the Notice of Hearing for Kondaur Capital Corporation's Motion For Relief From Stay and Abandonment was furnished on April 9, 2010 by U.S. Mail or by e-mail to persons listed on the Court's electronic mailing list.

I HEREBY FURTHER CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

Dated:  April 9, 2010

/s/ Lawrence M. Weisberg
Lawrence M. Weisberg, Esquire
Florida Bar No. 962198
Counsel for Kondaur Capital Corporation
21301 Powerline Road, Suite 100
Boca Raton, Florida   33433
Telephone: (561) 362-7355
Facsimile: (800) 531-8906
E-mail: bankruptcy@lmwlegal.com

## SERVICE LIST

Miles C. Jennings, Jr.
3471 Oak Avenue
Miami, FL   33133

Roslyn D. Jennings
3471 Oak Avenue
Miami, FL   33133

Michael A. Frank, Esquire
10 N.W. LeJeune Road, #620
Miami, FL   33126

Roy A. Diaz, Esquire
2691 E. Oakland Park Blvd., #303
Ft. Lauderdale, FL   33306

Mark E. Steiner, Esquire
900 S. Pine Island Road, #400
Plantation, FL   33324

American Home Mortgage Servicing, Inc.
1525 S. Beltline Road, #100N
Coppell, TX   75019

Nancy N. Herkert
P. O. Box 279806
Miramar, FL   33027

Office of the U.S. Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL   33130

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, #1120
Miami, FL   33131-1605

KONDAUR CAPITAL CORPORATION

Lawrence M. Weisberg, Esquire
21301 Powerline Road, Suite 100
Boca Raton, FL   33433