UNTIED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
MILES C. JENNINGS, JR.,
ROSELYN D. JENNINGS.

CASE NO.: 10-12095-AJC
CHAPTER 13

Debtor,

_____/

### MOTION FOR RELIEF FROM STAY

**ANY INTERESTED PARTY WHO FAILS TO FILE AND SERVE A WRITTEN RESPONSE TO THIS MOTION WITHIN 15 DAYS AFTER THE DATE OF SERVICE STATED IN THIS MOTION SHALL, PURSUANT TO LOCAL RULE 4001-1(C), BE DEEMED TO HAVE CONSENTED TO THE ENTRY OF AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

MOVANT, **ALVIN ROSE and JACQUELINE ROSE**, by and through her undersigned counsel shows the Court:

1. Movant **ALVIN ROSE and JACQUELINE ROSE**, a secured creditor of the above styled Debtor(s) and brings this Motion pursuant to the provisions of Section 362(d) of the Bankruptcy Code.

2. Secured Creditor commenced a foreclosure action in the Circuit Court for the 11th Judicial Circuit in and for Miami-Dade County, Florida, on July 9th, 2009 as Case No.: 09-51210, which action still remains pending.

3. Secure Creditor's interest in the Debtor's property in Miami-Dade County, Florida described as:

   **Legal Description**: Lot 26 and 37, PALMHURST, according to the Plat thereof, as recorded in Plat Book 7, Page 22, of the Public Records of Miami-Dade County, Florida.
   **Address:**    3025 Elizabeth Street, Coconut Grove, Florida 33133
                   3035 Elizabeth Street, Coconut Grove, Florida 33133
   **Folio No.:**  01-4121-001-0221 & 01-4121-001-0302

4. Subject properties are listed on Debtor's schedules at $300,000.00.

5. The Trustee has not filed a Report of No Distribution or abandoned the subject property.

6. It is upon belief that said subject property has not been claimed as exempt by the Debtor(s).

7. Movant requests permission to proceed to the State Court and continue its Foreclosure proceeding of the underlying property.

8. Movant requests permission to offer the Debtor(s) information regarding a Potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan workout/loss mitigation Agreement, and may enter into such agreement with Debtor(s) without violating any Discharge Order. However, Movant may not enforce any personal liability against Debtor(s) if Debtor(s) personal liability is discharged in this bankruptcy case.

9. Movant requests that should the Debtor(s) convert this case to another chapter that relief awarded will survive any conversion made by the Debtor(s).

10. Attached, as Exhibit "A" is a proposed Order.

11. The undersigned counsel has attempted to contact all adverse parties prior to filing this Motion for Relief pursuant to S. D. Bankruptcy Local Rule 9073-1(D).

**WHEREFORE**, Movant, **ALVIN ROSE and JACQUELINE ROSE**, moves this Court to enter its order granting relief from stay to Movant in order that, **ALVIN ROSE and JACQUELINE ROSE,** can pursue its in rem remedies without further delay, and that Movant may offer and provide Debtor(s) with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement with Debtor(s) without violating any Discharge Order. However, movant may not enforce any personal liability against Debtor(s) if Debtor(s) personal liability is discharged in this bankruptcy case granting such other relief as to the Court may deem just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was electronically served to:

Michael A. Frank, Esq., pleadings@bkclawmiami.com ; Office of U.S. Trustee at USTPRegion21.MM.ECF@usdoj.gov; and Nancy N. Herkert, Trustee, e2c8f01@ch13herkert.com

on this __30th__ day of April, 2010.

                                                 GONZALO PEREZ JR., P.A.
                                               Attorney for Creditor
                                               7915 Coral Way
                                               Miami, Florida 33155
                                               (305) 265-8228

                                             By:   **/S/  GONZALO PEREZ JR.**
                                                  Gonzalo Perez, Jr., Esq.
                                                  Fla Bar No. 0858463

# EXHIBIT "A"

UNTIED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
MILES C. JENNINGS, JR.,
ROSELYN D. JENNINGS.

CASE NO.: 10-12095-AJC
Debtor,   CHAPTER 13

_____/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

THIS CUASE came before this Court, upon Motion for Relief from Stay (Docket#___) filed pursuant to Local Rule 4001-1(c) by ALVIN ROSE and JACQUELINE ROSE, a Creditor, and there being no objections to the entry of this Order within the fifteen days negative notice period set forth therein, and the Court being otherwise fully advise in the premises, it is:

ORDERED and ADJUDGED as follows:

1. The Creditor's *Motion* for Relief from Stay is hereby GRANTED;
2. That the Motion for Relief from Stay is, granted so that Movant may file and complete an action in State Court for foreclosure of its mortgage encumbering the property described as:

   **Legal Description: Lot 26 and 37, PALMHURST, according to the Plat thereof, as recorded in Plat Book 7, Page 22, of the Public Records of Miami-Dade County, Florida.**
   **Address:**   3025 Elizabeth Street, Coconut Grove, Florida 33133
                  3035 Elizabeth Street, Coconut Grove, Florida 33133
   **Folio No.:**   01-4121-001-0221 & 01-4121-001-0302

3. It is further ORDERED ADJUDGED AND DECREED that the Order granting Relief from the automatic stay is entered for the sole purpose of allowing Movant to enforce its judgment against the property and any other remedies the Movant may have under applicable non-bankruptcy law, provided, that the Movant shall not seek or obtain an in personam judgment against the Debtor.
4. ALVIN ROSE and JACQUELINE ROSE, is permitted to offer Debtor information regarding potential Forbearance Agreement, Loan modification, Refinance Agreement or

other loan workout/Loss Mitigation agreement and may enter into such agreement with the Debtor without violating any Discharge Order. However, ALVIN ROSE and JACQUELINE ROSE may not enforce any personal liability against the Debtor if Debtor's personal liability is discharged in this bankruptcy.

Submitted by:

Gonzalo Perez, Jr., Esq.
GONZALO PEREZ, JR., P.A.
7915 Coral Way
Miami, Florida 33155
Telephone (305)265-8228
Facsimile (305)265-8229

Copies furnished to:
Gonzalo Perez, Jr., Esq.
Attorney Gonzalo Perez, Jr., shall serve copies of this Order on all interested parties and file a certificate of service.

# EXHIBIT "A"