RE: MILES & ROSLYN JENNINGS Case # 10-12095

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION**

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's prior Objections and deficiencies remain unresolved: MAY - 6 2010

**DOCUMENTS**

X tax returns: personal 2007 2008 (2009)
__bank account statements ☐ 3 months pre-petition
__ Check copy
__ FMV and Payoff : Vehicles Real Estate
__ Non homestead Information Sheet
LF 67 Cert. Compliance Request Confirmation
X fee application (see court guideline 6)
__wage deduction order or motion to waive
__ Domestic Support Info: name address and phone
__affidavits of ____support ____rent/lease
__ Info on transfer SOFA #3 #10 undisclosed
__Tolling Agreement(s)
__Proof of household size (government ID w/ address) and income of all adults
__ income understated____ stubs ____ taxes
co-debtor ____ stubs ____ taxes
__spouse's pay advices/spouse's wages not disclosed
__ proof/calculation of expenses: ☐ Sch J ☐ CMI line

__***Objection to Exemption unresolved*** ☐ TBE ☐ BLT

**PLAN ISSUES:**

__Best effort < 36 months < 60 months
__D/I > 100% < 90% Feasibility
__CMI/DI ________ x 60 = ____________
☐ Plus income/expenses issues ☐ Trustee estimate $____
__good faith to unsecured
__Ch 7 s/b________ plus tax refund / valuations
__calculation errors/improper months ________
__valuation motion not filed or not resolved
__reaffirm, redeem or surrender Sch D & G creditor
__creditor on plan not listed in Schedules or filed POC
__other provisions: IVL 100% lawsuit lease gambling
__Plan does not fund properly
__Plan does not conform to/provide for secured/priority POC
____Miami-Dade County ____Tax Certificate
____Dept of Revenue ____ IRS

**BUSINESS DEBTOR DOCUMENTS**

X BDQ & attachments
__ Profit and loss and Balance Sheet
__ bank statements and checks ___ mon
__tax returns: biz 2006 2007 2008 2009

Other: Need Notarized Written Questionnaire.

*The Trustee reserves the right to raise additional objections if not all documents are timely provided to the Trustee*

*************************************************************************************

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (14 days before confirmation hearing) may not be considered or reviewed until the next hearing date. 5pm refers to the end of business on the hearing date.

***IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION STATED BELOW, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.***

*The debtor or debtor's attorney must appear at the confirmation hearing*

*****The Trustee's recommendation for the confirmation hearing on May 18, 2010 is as follows:**
**Dismiss with prejudice 180 days: docs not received and issues not addressed, unless the debtor provide/files by 5pm:**

**a) 2009 tax returns b) fee app c) notarized written questionnaire**
**341 will be continued to May 26, 2010 at 1:30PM to complete 341meeting**

**if rec'd continue to June 15, 2010 at 9:01 am**

Balance of requested documents must be received and issues addressed *at least* by: May 26, 2010

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by
NANCY N. HERKERT, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027
(954) 443-4402