UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-12095-BKC-AJC
CHAPTER 13

IN RE:
MILES C. JENNINGS, JR.
AND ROSLYN D. JENNINGS,
        Debtors.
_____/

**CERTIFICATE OF SERVICE OF ORDER CONTINUING MOTION BY KONDAUR
CAPITAL CORPORATION FOR RELIEF FROM STAY AND ABANDONMENT AND
CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 9073-1(D)**

**I HEREBY CERTIFY** that a true and correct copy of the above referenced Order
thereon was served as follows via electronic mail to those set forth in the NEF to be
served electronically this 27th day of May of 2010.


DATED:May 27, 2010

THE BANKRUPTCY RESOURCE CENTER
Attorney for the Debtor
10 NW LeJeune Rd., Suite 620
Miami, Florida 33126
Telephone : (305) 443-4217
Facsimile: (305) 443-3219
Email- Pleadings@bkclawmiami.com


_____/s/_____
Michael A. Frank
Florida Bar No. 339075