UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-12095-BKC-AJC

CHAPTER 13

IN RE:

MILES C. JENNINGS, JR.
and ROSLYN D. JENNINGS
    Debtors.
_____/

**DEBTORS' MOTION FOR REINSTATEMENT OF CHAPTER 13 BANKRUPTCY**

The Debtors, MILES and ROSLYN JENNINGS, move this Honorable Court for an Order Granting Re-Hearing of the dismissal entered and reinstating the Chapter 13 Bankruptcy and state:

1. An Order dismissing the case was entered on June 4, 2010.

2. **The undersigned certifies that no monies are due under the Debtors' Chapter 13 plan at this time and the Debtor intends to remain current in all future payments.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Herkert, Trustee @ e2c8f01@ch13herkert.com and those set forth in the NEF and regular mail to all creditors this 10th day of June 2010.

    LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
        & RODOLFO H. DE LA GUARDIA, JR.
    Attorneys for the Debtor
    Suite 620 • Union Planters Bank Building
    10 Northwest LeJeune Road
    Miami, FL 33126-5431
    Telephone (305) 443-4217

    By   /s/ Michael A. Frank
        Michael A. Frank
        Florida Bar No. 339075