RE: _MILES & ROSLYN JENNINGS_          Case # _10-12095_

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

AUG 1 0 2010

**DOCUMENTS**

X tax returns: personal 2007 2008 2009
___ bank account statements ☐ 3 months pre-petition
_____
_____
___ Check copy _____
_____
___ FMV and Payoff : Vehicles   Real Estate
___ Non homestead Information Sheet
___ LF 67 Cert. Compliance Request Confirmation
X fee application (see court guideline 6)
___ wage deduction order or motion to waive
___ Domestic Support Info: name address and phone
___ affidavits of _____ support _____ rent/lease
___ Info on transfer SOFA #3 #10 undisclosed
___ Tolling Agreement(s)
___ Proof of household size (government ID w/ address)
     and income of all adults
X income understated _____ stubs _13,807⁵⁰_ taxes
     co-debtor _____ stubs _____ taxes
___ spouse's pay advices/spouse's wages not disclosed
___ proof/calculation of expenses: ☐ Sch J ☐ CMI line
_____
_____
___ _Objection to Exemption unresolved_ ☐ TBE ☐ BLT

**PLAN ISSUES:**

___ Best effort < 36 months < 60 months
___ D/I > 100%   < 90%   Feasibility
___ CMI/DI _____ x 60 = _____
   ☐ Plus income/expenses issues ☐ Trustee estimate $_____
___ good faith to unsecured
X Ch 7 s/b _3,473,556⁶⁰_ plus tax refund / valuations
___ calculation errors/improper months _____
___ valuation motion   not filed  or  not resolved
___ reaffirm, redeem or surrender Sch D & G creditor
___ creditor on plan not listed in Schedules or filed POC
___ other provisions: IVL 100% lawsuit lease gambling
___ Plan does not fund properly
___ Plan does not conform to/provide for secured/priority POC
____ Miami-Dade County    ____ Tax Certificate
____ Dept of Revenue       ____ IRS
_____
_____
_____

**BUSINESS DEBTOR DOCUMENTS**
X BDQ & attachments
___ Profit and loss and Balance Sheet
___ bank statements and checks _____ mon
___ tax returns: biz  2006  2007 2008 2009

Other: _Need Notarized Written Questionnaire._
_____

_The Trustee reserves the right to raise additional objections if not all documents are timely provided to the Trustee_
************************************************************************************************

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (14 days before confirmation hearing) may not be considered or reviewed until the next hearing date. 5pm refers to the end of business on the hearing date.

_**IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION STATED BELOW, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.**_
_The debtor or debtor's attorney must appear at the confirmation hearing_
***The Trustee's recommendation for the confirmation hearing on  _August 24, 2010_  is as follows:

**Confirm Plan**

| Balance of documents must be received/issues addressed by: **5 PM August 31, 2010** |
| --- |

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.
Submitted by
NANCY N. HERKERT, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027          (954) 443-4402